**SEALED**

**FILED**

JUL 08 2025

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>CALEB CHAINEY HENSLEY,<br><br>*Defendant.* | **SEALED**<br><br>Case No. **CR 25-132 RAW** |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**DISTRIBUTION OF METHAMPHETAMINE**
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)]**

On or about May 13, 2024, in the Eastern District of Oklahoma, the defendant, **CALEB CHAINEY HENSLEY**, did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### FORFEITURE ALLEGATION
**[21 U.S.C. § 853]**

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Upon conviction of the violation charged in Count One of this Indictment involving violations of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A), the defendant, **CALEB CHAINEY HENSLEY**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any and all of the defendant's right, title and interest in all property

constituting and derived from any proceeds obtained directly and indirectly as the result of such

offense, and any and all property used, or intended to be used, in any manner or part, to commit,

or to facilitate the commission of such offense, including, but not limited to: an asset forfeiture

money judgment in the amount of proceeds obtained by the conspiracy and by the defendants.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

JACOB R. PARKER, OBA #32848
Assistant United States Attorney

Pursuant to the E-Government Act,
the original indictment has been filed
under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY